```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,            :

               - v -                                    :

MOHAMMED GHOUTI LAKHDAR,             :

               Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AND JUDGMENT OF FORFEITURE OF BAIL**

07 Cr. 65 (RPP)

This cause having come on to be heard on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, by Michael A. Levy, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant MOHAMMED GHOUTI LAKHDAR be forfeited and that the United States of America have and recover judgment against MOHAMMED GHOUTI LAKHDAR, and sureties Hatem Gabr, Meriam Jami, and Khalid Kairouani, jointly and severally, in the sum of $250,000 and that the United States have execution therefor, and that the government be authorized to take ownership of the $20,000 cash security deposited with the Court in partial satisfaction of that liability.

Dated:     New York, New York
             March 22, 2007

                                                       _____
                                                         The Honorable Robert P. Patterson
                                                         United States District Judge

JUDGMENT ENTERED:

_____
Clerk of the Court
Southern District of New York